UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| JESSE MICHAEL KELLEY, | ) | |
| | ) | **4:16CR00035 HEA/SPM** |
| Defendant. | ) | |

FILED
JAN 27 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 31, 2015, in the County of St. Louis, Missouri, within the Eastern District of Missouri,

**JESSE MICHAEL KELLEY,**

the defendant herein, maliciously attempted to damage and destroy, by means of fire, the building and personal property at 7955 Manchester Road, Maplewood, Missouri, d/b/a Cozad Hanley Business Complex, owned by Sunquad LP, LLP, as well as other real and personal property of DC Taylor Company, headquartered in Cedar Rapids, Iowa, which building and personal property were used in activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
DEAN R. HOAG, #23843MO
Assistant United States Attorney